UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| ROBERT CLAYTON CROW | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-05-653 |
| | § | |
| THERESA PELKEN, ET AL. | § | |

## FINAL JUDGMENT

For the reasons stated in the Opinion and Order of even date herewith, the Defendants' Motions for Summary Judgment (Instrument nos. 29, 30, 36, 37, 38 and 39) are **GRANTED** and the Second Amended Complaint (Instrument no. 18) of Plaintiff, Robert Clayton Crow, is **DISMISSED in its entirety**.

**THIS IS A FINAL JUDGMENT.**

**DONE** at Galveston, Texas, this     9th     day of January, 2007.

John R. Froeschner
United States Magistrate Judge