UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| ROBERT CLAYTON CROW | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-05-653 |
| | § | |
| THERESA PELKEN, ET AL. | § | |

### O R D E R

Before the Court is the "Defendant's Motion for Taxable Costs" which seeks, *inter alia*, the recovery of costs for extensive photocopying.

The Court can award only "necessary" costs for photocopying. Holmes v. Cessna Aircraft Co., 11 F.3d 63, 64 (5th Cir. 1994)   Accordingly, the Court **WILL** tax costs only for photocopies provided to the Court or to opposing counsel in the form of pleadings, motions and attached exhibits.  The Court **WILL NOT** allow costs for photocopies of the Defendant's own documents made for their own use or extra copies made for attorney or client possession and/or convenience.

It is, therefore, **ORDERED** that Defendant **SHALL** submit to the Court an Amended Motion for Costs along with a properly completed Bill of Costs of those photocopies allowable under this Order.

**DONE** at Galveston, Texas, this _____19th_____ day of January, 2007.

_____
John R. Froeschner
United States Magistrate Judge